IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (484) 274-9937, THAT IS STORED AT PREMISES CONTROLLED BY AT&T CORPORATION | Magistrate No. 22-mj-392<br><br>**Filed Under Seal** |

## AMENDED ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding AT&T Corporation an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in the warrant) of the existence of the search warrant issued in the case for a period of one year from the date of the warrant.

The Court determines that there is reason to believe that notification of the existence of the search warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEEFORE ORDERED under 18 U.S.C. § 2705(b) that AT&T Corporation shall not disclose the existence of the search warrant, or the Order of the Court, to the listed subscriber or to any other person for a period of one year from the date of the warrant, except that AT&T Corporation may disclose the search warrant to an attorney for AT&T Corporation for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and the Order are sealed until otherwise ordered by the Court.

Dated: 03/09/22

Pamela A. Carlos
Digitally signed by Pamela A. Carlos
Date: 2022.03.09 17:26:10 -05'00'

HONORABLE PAMELA A. CARLOS
United States Magistrate Judge