IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 22-mj-392 |
| CERTAIN PREMISES | : | |

<u>O R D E R</u>

AND NOW, this 26th day of April, 2022, it is hereby

O R D E R E D

that the Search Warrant and Affidavit in Support of the Search Warrant, and the Amended Search Warrant and Amended Affidavit, are hereby UNIMPOUNDED.

BY THE COURT:

_Pamela A. Carlos_
Digitally signed by Pamela A. Carlos
Date: 2022.04.26 14:53:54 -04'00'

HONORABLE PAMELA A. CARLOS
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : MAGISTRATE NO. 22-mj-392 |
| INFORMATION ASSOCIATED WITH A CELLULAR DEVICE | : |

## MOTION TO UNSEAL

NOW COMES, the United States of America, by its attorneys, Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, and Mary A. Futcher, Assistant United States Attorney in and for the same District, and in support of this Motion states as follows:

1. On March 9, 2022, the Honorable Pamela A. Carlos, United States Magistrate Judge, upon motion of the Government, entered an Order and an Amended Order impounding the Search Warrant and Affidavit, and Amended Search Warrant and Affidavit, in support thereof in the above-captioned matter.

2. On March 10, 2022, the Amended Search Warrant was executed.

3. In light of the above, the Government requests that the Search Warrant and Affidavit in support of Search Warrant, and the Amended Search Warrant and Amended Affidavit in Support of Amended Search Warrant, be unsealed and unimpounded.

WHEREFORE, the Government respectfully requests that the Government's Motion to Unseal the Search Warrant and Affidavit, and Amended Search Warrant and Amended Affidavit, in support thereof be granted.

    Respectfully yours,

    JENNIFER ARBITITER WILLIAMS
    United States Attorney


    */s/ Mary A. Futcher*
    MARY A. FUTCHER
    Assistant United States Attorney